Form 173 – hrggeneral

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

        Case No.:  18–29720–JNP
        Chapter:  13
        Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Teresa L Woodard
   aka Teresa L Coleman
   4887 Bala Ct.
   Mays Landing, NJ 08330

Social Security No.:
   xxx–xx–4337

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

    NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N. Poslusny Jr. on

Date:               August 13, 2019
Time:              10:00 AM
Location:       4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

to consider and act upon the following:

*31* – Certification in Opposition to (related document:30 Creditor's Certification of Default (related document:24 Motion for Relief from Stay re: re: 4887 Bala Ct. Mays Landing, NJ. 08330–2643. Fee Amount $ 181. filed by Creditor MIDFIRST BANK, Motion for Relief from Co–Debtor Stay of Kevin Woodard Sr., 27 Order on Motion For Relief From Stay, Order on Motion For Relief From Co–Debtor Stay) filed by Denise E. Carlon on behalf of MIDFIRST BANK. Objection deadline is 07/17/2019. (Attachments: # 1 Exhibit "A" # 2 Exhibit "B" # 3 Proposed Order # 4 Certificate of Service) filed by Creditor MIDFIRST BANK) filed by Seymour Wasserstrum on behalf of Teresa L Woodard. (Wasserstrum, Seymour)

and transact such other business as may properly come before the meeting.

Dated: July 18, 2019
JAN:

                                                                                                               Jeanne Naughton
                                                                                                               Clerk