**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

                Case No.: 18−29720−JNP
                Chapter: 13
                Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Teresa L Woodard
   aka Teresa L Coleman
   4887 Bala Ct.
   Mays Landing, NJ 08330

Social Security No.:
   xxx−xx−4337

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 9/19/19.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (7) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: September 19, 2019
JAN: kvr

                                                                       Jeanne Naughton
                                                                       Clerk

```
                          United States Bankruptcy Court
                               District of New Jersey
```

In re:                                                            Case No. 18-29720-JNP
Teresa L Woodard                                                  Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 2          Date Rcvd: Sep 19, 2019
                              Form ID: 148             Total Noticed: 23

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 21, 2019.
db             +Teresa L Woodard,    4887 Bala Ct.,    Mays Landing, NJ 08330-2643
517793848       Direct Loan SVC,    PO Box 5609,    Greenville, TX 75403-5609
517812575      +Hamilton Tax Collector,    6101 13th St #202,    Mays Landing, NJ 08330-1860
517793849       LCA Collections,    PO Box 2240,    RE: Lab Corp,    Burlington, NC 27216-2240
517872609      +MIDFIRST BANK,    KML Law Group, P.C.,    216 Haddon Avenue, Ste. 406,    Westmont, NJ 08108-2812
517918860      +MidFirst Bank,   999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051
517793850       Midland Mortgage,    Po Box 5025,    Oklahoma City, OK 73126
517812570       Office Of Attorney General,   25 Market Street, PO Box 112,    Richard J Hughes Justice Complex,
                 Trenton, NJ 08625-0112
517793853      +Powers Kirn, LLC,    728 Marne Highway, Suite 200,    Moorestown, NJ 08057-3128
517812573     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court: State of New Jersey,     P.O. Box 245,   Dept Of Treasury-Division Of,
                  Taxation,   Trenton, NJ 08695-0245)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 19 2019 23:49:24     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 19 2019 23:49:21     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517905219       EDI: RESURGENT.COM Sep 20 2019 03:33:00      Ashley Funding Services, LLC,
                 Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
517793844      +E-mail/Text: bankruptcy@pepcoholdings.com Sep 19 2019 23:49:04      Atlantic City Electric,
                 5 Collins Drive Suite 2133,    Pepco Holdings Inc, Bankruptcy Division,
                 Penns Grove, NJ 08069-3600
517793845       E-mail/Text: bankruptcy@pepcoholdings.com Sep 19 2019 23:49:04
                 Atlantic City Electric Company,    Pepco Holdings, Inc.,
                 Bankruptcy Division, Mail Stop 84CP42,    5 Collins Drive, Suite 2133,
                 Carneys Point, NJ  08069-3600
517793846       EDI: BANKAMER2.COM Sep 20 2019 03:33:00      Bank Of America,   PO Box 7047,
                 Dover, DE 19903-7047
517793847       EDI: CIAC.COM Sep 20 2019 03:33:00     Citi Mortgage,   P.O. Box 183040,
                 Columbus, OH 43218-3040
517841452      +EDI: IRS.COM Sep 20 2019 03:33:00     Department of Treasury,    Internal Revenue Service,
                 P O Box 7346,   Philadelphia, PA 19101-7346
517793851      +EDI: AGFINANCE.COM Sep 20 2019 03:33:00      OneMain,   300 Saint Paul Place,
                 Baltimore, MD 21202-2120
517793852      +EDI: AGFINANCE.COM Sep 20 2019 03:33:00      Onemain Financial,
                 6801 Colwell Blvd C/S Care Dept,    Irving, TX 75039-3198
518132548       EDI: ECMC.COM Sep 20 2019 03:33:00     US Department of Education,    P.O. Box 16448,
                 St. Paul, MN 55116-0448
517793854       EDI: VERIZONCOMB.COM Sep 20 2019 03:33:00      Verizon,   PO Box 25087,   Attn: Caroline Maher,
                 Wilmington, DE 19899-5087
517901282      +EDI: AIS.COM Sep 20 2019 03:33:00     Verizon,   by American InfoSource as agent,
                 4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 13

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517812574*      IRS,   PO Box 744,    Springfield, NJ 07081-0744
517812571*     +IRS,   1601 Market St,    Philadelphia, PA 19103-2301
517812572*      IRS,   PO Box 725,    Special Procedures Function,    Springfield, NJ 07081
                                                                                TOTALS: 0, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 21, 2019                                    Signature:  /s/Joseph Speetjens

```
District/off: 0312-1           User: admin                 Page 2 of 2              Date Rcvd: Sep 19, 2019
                               Form ID: 148                Total Noticed: 23
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 19, 2019 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    MIDFIRST BANK dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    MIDFIRST BANK rsolarz@kmllawgroup.com
              Seymour  Wasserstrum    on behalf of Debtor Teresa L Woodard mylawyer7@aol.com,   ecf@seymourlaw.net
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                          TOTAL: 5
```